Mr. Darius Dohawk Sr.
NAME

F-2272-86 B,E,H,
CRIMINAL CASE NUMBER

Reg. No. 24707-016
PRISON NUMBER

Rives Corrections Institution
PLACE OF CONFINEMENT

FILED
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mr. Darius Dohawk Sr.                )
(Full Name)                          )
                        Petitioner   )
                                     )
                    v                )
Federal Bureau of Prisons            )
320 First Street, N.W.               )
Washington, D.C. 20534               )
(Name of Warden, Superintendent,     )
Jailor, or authorized person having  )
custody of petitioner)               )
                        Respondent   )

CASE NUMBER   1:07CV00320

JUDGE: Unassigned

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 02/9/2007

(If petitioner has a sentence to be served in the future under a Federal judgment which he wishes to attack, he should file a motion in the Federal Court which entered the judgment)

PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY

INSTRUCTIONS--PLEASE READ CAREFULLY

(1)  This petition must be legibly handwritten or typewritten and signed by the petitioner. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2)  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)  Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
JAN 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. However, if your prison account exceeds $100.00 you will not be considered as eligible to proceed in forma pauperis and must pay the $5.00 filing fee.

Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts you must file separate petitions as to each court.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

When the petition is fully completed, it must be mailed to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.

## PETITION

(1) Name and location of court which entered the judgment of conviction under attack **United States Superior Court for the District of Columbia 500 Indiana Avenue N.W. Washing, D.C. 20001**

(2) Date of judgment of conviction **March, 03, 1988**

(3) Length of sentence **Seven to Twenty Two Years**

(4) Nature of offense involved (all counts) **Count, (1), Burglary(II), Count, Assault with a Dangerous Weapon, Count, (3), Destory Property**

(5) What was your plea? (Check one)
    (a) Not guilty ( )
    (b) Guilty ( **x** )
    (c) Nolo contendere ( )
If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

(6) Kind of trial: (Check one)
    (a) Jury ( )
    (b) Judge only ( **x** )

(7) Did you testify at the trial?

    Yes ( )    No ( **x** )

(8)  Did you appeal from the judgment of conviction?

   Yes ( )    No (**x**)

(9)  If you did appeal, answer the following:
   (a)  Name of court_____
   (b)  Result_____
   (c)  Date of result_____

(10) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any courts?

   Yes ( )    No (**x**)

(11) If your answer to 10 was "yes", give the following information:
   (a)  (1)  Name of Court_____
        (2)  Nature of the proceedings_____
        (3)  Grounds raised_____

        (4)  Did you receive an evidentiary hearing on your petition, application or motion?

             Yes ( )    No (**x**)
        (5)  Result_____
        (6)  Date of result_____
   (b)  As to any second petition, application or motion give the same information:
        (1)  Name of court_____
        (2)  Nature of proceeding_____
        (3)  Grounds raised_____

        (4)  Did you receive an evidentiary hearing on your petition, application or motion?

             Yes ( )    No (**x**)
        (5)  Result_____
        (6)  Date of result_____
   (c)  As to any third petition, application or motion, give the same information:
        (1)  Name of court_____
        (2)  Nature of proceeding_____

        (3)  Grounds raised_____

(j) Denial of right of appeal.
Petitioner asserts that the Federal Bureau of Prisons his incorrectly Computed his Sentence.

A. Ground one: _____
Supporting FACTS (tell your story briefly without citing cases or law): Petitioner asserts that the Federal Bureau Of Prisons has failed to credit him with time from February, 24, 1993 to August, 08, 2000 and from August, 11, 1996 to until August, 23, 2006.

B. Ground two: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____

C. Ground three: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____

D. Ground four: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them _____

14. Do you have any petition or appeal pending in any court, either, District of Columbia or Federal, as to the judgment under attack?

Yes ( )        No (**x**)

15. Give the names and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing_____
    
    (b) At arraignment and plea_____
    
    (c) At trial_____
    
    (d) At sentencing_____
    
    (f) In any post-conviction proceeding_____
    
    (g) On appeal from any adverse ruling in a post-conviction proceeding_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

    Yes (**x**)        No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ( )        No (**x**)

    (a) If so, give name and location of court which imposed sentence to be served in the future:_____
    _____**N/A**_____
    
    (b) And give date and length of sentence to be served in the future:_____**N/A**_____
    
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ( )        No (**x**)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

JANUARY 03, 2007                    Mr. Darius [signature]
Date                                Petitioner's Signature

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA** 191-617

United States of America
District of Columbia

Case No. F-2272-86

vs. Darius I. Dchaiok

PDID No. 261-033

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of "B" Burglary II "E" Assault with a Dangerous Weapon "H" Destroying Property "K" Threats and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to

"B" 4 to 12 years
"E" 40 months to 10 years consecutive to 'B'
"H" 2 to 6 years concurrent with 'B'
"K" 150 days consecutive to 'B'

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above. PSI
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

3-3-88
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

3-3-88
Date

_____
Deputy Clerk / 215

Form CDUSI-1040/Aug. 87

FILED
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07 0320

#19 DCDC-7-70

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
## FACE SHEET No. 2

Date Prepared: 4/27/88 (Mo., Da., Yr.)

| DC Number | Name (Last, First, Middle) | | | | | | | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 191617 | DOHAWK, DARIUS | | | 261-033 | | | | B | M |
| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth | | |

| Offense | TOTAL SENT: 7 yrs 4 mos/22 yrs 150 days less 235 days (+50 days) | | | |
|---|---|---|---|---|
| | Burg II | ADW | Dest. Prop | Threats |
| Case Number | F2272-86B | F2272-86E | F2272-86H | F2272-86K |
| Sentence (Yrs., Mos., Days) | 4/12 yrs | 40 mos/10 yrs consec. | 2/6 yrs concur. | 150 days consec |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 3/3/88 | 3/3/88 | 3/3/88 | 3/3/88 |
| Full Term Date (Mo., Da., Yr.) | | | | 12/7/2009 |
| Short Term / M.R. Date (Mo., Da., Yr.) | | | | 7/27/2002 |
| Parole Eligibility Date (Mo., Da., Yr.) | | | | 1/11/93 |
| Max. Supervision Date (Mo., Da., Yr.) | | | | N/A |
| Statutory Good Time Rate / Month | | | | |
| Plea | Guilty | Guilty | Guilty | 717/2690 Guilty |
| Committing Judge | | | | |
| Defense Attorney | | | | |
| Initialed By: | | | | |

### DETAINERS

| Date Filed | For | Action |
|---|---|---|
| | | |

### CONDUCT CREDITS

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |

### JAIL CREDIT DATES

| From and Including | To and Including | | REMARKS |
|---|---|---|---|
| 11/24/86 | 12/22/86 | = 29 | |
| 7/30/87 | 1/14/88 | 169 | |
| 1/26/88 | 3/3/88 | 37 | |
| | | 235 | |

YELLOW COPY TO ADP

ADP Form 19 DCDC-7-70

**DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2**

Date Prepared: 9-26-4 (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 79617 | Schawt, Darius | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | 41 | 3-30-55 | Wash DC |

| | | | | |
|---|---|---|---|---|
| Offense | DCPV | | | |
| Case Number | | | | |
| Sentence (Yrs., Mos., Days) | 4829 Days Owed | | | |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 9-25-96 | | | |
| Full Term Date (Mo., Da., Yr.) | 12-15-2009 | | | |
| Short Term / M.R. Date (Mo., Da., Yr.) | 8-11-2005 | | | |
| Parole Eligibility Date (Mo., Da., Yr.) | PV | | | |
| Max. Supervision Date (Mo., Da., Yr.) | N/A | | | |
| Statutory Good Time Rate / Month | 1587 Days | | | |
| Plea | | | | |
| Committing Judge | | | | |
| Defense Attorney | | | | |
| Initialed By: | RKV | | | |

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| | | |
| | | |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |

**JAIL CREDIT DATES**

| From and Including | To and Including |
|---|---|
| Street Time | |
| 2-24-93 | 9-17-96 = 1302 |
| | Total = 1302 Days |
| Jail Credit | |
| 9-16-96 | 9-24-96 = 9 Days |

**REMARKS**

DCDV owes 13 yrs 2 months 20 days.
F7012-96 - CCR 6/4/97
Walsh cleared intake 11/17 97-26

YELLOW COPY TO ADP

```
   RIVB8    540*23  *          SENTENCE MONITORING          *   10-26-2006
   PAGE 005          *           COMPUTATION DATA           *   15:01:29
                                 AS OF 02-12-2003

   REGNO..: 24707-016 NAME: DOHAWK, DARIUS IAN


   FBI NO............: 131702K3           DATE OF BIRTH: 03-30-1955
   ARS1..............: RIV/A-DES
   UNIT..............: C                  QUARTERS.....: C03-208L
   DETAINERS.........: NO                 NOTIFICATIONS: NO

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
   THE INMATE WAS SCHEDULED FOR RELEASE:  02-12-2003 VIA PAROLE

   ------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------


   COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
   DOCKET NUMBER....................: F2272-86BEH
   JUDGE............................: CUSHENBERRY
   DATE SENTENCED/PROBATION IMPOSED: 03-03-1988
   DATE WARRANT ISSUED..............: 01-07-2002
   DATE WARRANT EXECUTED............: 02-12-2002
   DATE COMMITTED...................: 05-23-2002
   HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
   PROBATION IMPOSED................: NO
   SPECIAL PAROLE TERM..............:

   RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

   ---------------------------PRIOR OBLIGATION NO: 010 ---------------------------

   OFFENSE CODE....:  641
   OFF/CHG: BURGLARY II, ASSAULT WITH DANGEROUS WEAPON, DESTROY PROPERTY.

    SENTENCE PROCEDURE..............: DC CODE ADULT
    SENTENCE IMPOSED/TIME TO SERVE.:    22 YEARS     150 DAYS
    NEW SENTENCE IMPOSED............:  4689 DAYS
    BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
    DATE OF OFFENSE.................: 03-22-1986




   G0002         MORE PAGES TO FOLLOW . . .
```

```
   RIVB8   540*23 *              SENTENCE MONITORING          *   10-26-2006
   PAGE 006 OF 006 *              COMPUTATION DATA            *   15:01:29
                                   AS OF 02-12-2003

   REGNO..: 24707-016 NAME: DOHAWK, DARIUS IAN


   ---------------------------------PRIOR COMPUTATION NO: 010 ---------------------------


   COMPUTATION 010 WAS LAST UPDATED ON 02-12-2003 AT CDC AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 010:   010 010

   DATE COMPUTATION BEGAN..........: 02-12-2002
   TOTAL TERM IN EFFECT............: 4689 DAYS
   TOTAL TERM IN EFFECT CONVERTED..:   12 YEARS       10 MONTHS        3 DAYS
   EARLIEST DATE OF OFFENSE........: 03-22-1986

   TOTAL JAIL CREDIT TIME..........: 0
   TOTAL INOPERATIVE TIME..........: 0
   STATUTORY GOOD TIME RATE........: 10
   TOTAL SGT POSSIBLE..............: 1541
   PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
   STATUTORY RELEASE DATE..........: (09-25-2010)  - 5YRS
   TWO THIRDS DATE.................: N/A
   180 DAY DATE....................: (06-17-2014)
   EXPIRATION FULL TERM DATE.......: (12-14-2014)   5YRS

   PAROLE EFFECTIVE................: 02-12-2003
   PAROLE EFF VERIFICATION DATE....: 01-30-2003
   NEXT PAROLE HEARING DATE........: N/A
   TYPE OF HEARING.................: PRESUMPTIVE PAROLE

   ACTUAL SATISFACTION DATE........: 02-12-2003
   ACTUAL SATISFACTION METHOD......: PAROLE
   ACTUAL SATISFACTION FACILITY....: CDC
   ACTUAL SATISFACTION KEYED BY....: MYR

   DAYS REMAINING..................: 4323
   FINAL PUBLIC LAW DAYS...........: 0

                  INMATE RECEIVED FROM DCDOC. /RLJ




   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
 RIVB8   540*23 *              SENTENCE MONITORING              *   10-26-2006
 PAGE 003        *              COMPUTATION DATA                 *   15:01:29
                                AS OF 03-02-2006

REGNO..: 24707-016 NAME: DOHAWK, DARIUS IAN


FBI NO............: 131702K3              DATE OF BIRTH: 03-30-1955
ARS1..............: RIV/A-DES
UNIT..............: C                      QUARTERS.....: C03-208L
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-26-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  03-02-2006 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------


COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F2272-86BEH
JUDGE............................: CUSHENBERRY
DATE SENTENCED/PROBATION IMPOSED: 03-03-1988
DATE WARRANT ISSUED..............: 07-24-2003
DATE WARRANT EXECUTED............: 03-04-2005
DATE COMMITTED...................: 06-06-2005
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....:  641
OFF/CHG: BURGLARY II, ASSAULT WITH DANGEROUS WEAPON, DESTROY PROPERTY.

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    22 YEARS      150 DAYS
 NEW SENTENCE IMPOSED............:  4340 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 03-22-1986




 G0002       MORE PAGES TO FOLLOW . . .
```

```
RIVB8   540*23  *         SENTENCE MONITORING      *    10-26-2006
PAGE 004         *         COMPUTATION DATA         *    15:01:29
                            AS OF 03-02-2006

REGNO..: 24707-016 NAME: DOHAWK, DARIUS IAN


--------------------------PRIOR COMPUTATION NO: 020 --------------------------


COMPUTATION 020 WAS LAST UPDATED ON 11-09-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-21-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 03-04-2005
TOTAL TERM IN EFFECT............: 4340 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    11 YEARS      10 MONTHS     16 DAYS
EARLIEST DATE OF OFFENSE........: 03-22-1986

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1425
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: (02-24-2013) = Add - 8 yrs
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: (07-23-2016)
EXPIRATION FULL TERM DATE.......: (01-19-2017) = Add - 8 yrs

PAROLE EFFECTIVE................: 03-02-2006
PAROLE EFF VERIFICATION DATE....: 11-07-2005
NEXT PAROLE HEARING DATE........: 09-00-2005
TYPE OF HEARING.................: PAROLE PRE-RELEASE REC REV

ACTUAL SATISFACTION DATE........: 03-02-2006
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: JWW

DAYS REMAINING..................: 3976
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: COMPUTATION CERTIFIED BY DCRC ON 06-16-05
                RELEASE AUDIT CERTIFIED BY DSCC ON 11-21-2005.




G0002         MORE PAGES TO FOLLOW . . .
```

```
  RIVB8   540*23  *          SENTENCE MONITORING          *   10-26-2006
PAGE 001           *           COMPUTATION DATA           *   15:01:29
                              AS OF 10-26-2006


REGNO..: 24707-016 NAME: DOHAWK, DARIUS IAN


FBI NO............: 131702K3         DATE OF BIRTH: 03-30-1955
ARS1..............: RIV/A-DES
UNIT..............: C                 QUARTERS.....: C03-208L
DETAINERS.........: NO                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 07-19-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-23-2007 VIA PRESUM PAR

-----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------


COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F2272-86BEH
JUDGE...........................: CUSHENBERRY
DATE SENTENCED/PROBATION IMPOSED: 03-03-1988
DATE WARRANT ISSUED.............: 08-11-2006
DATE WARRANT EXECUTED...........: 08-23-2006
DATE COMMITTED..................: 08-23-2006
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------

OFFENSE CODE....:  641
OFF/CHG: BURGLARY II, ASSAULT WITH DANGEROUS WEAPON, DESTROY PROPERTY.

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:   22 YEARS      150 DAYS
  NEW SENTENCE IMPOSED...........: 3976 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 03-22-1986




  G0002        MORE PAGES TO FOLLOW . . .
```

```
   RIVB8   540*23  *        SENTENCE MONITORING       *   10-26-2006
   PAGE 002         *          COMPUTATION DATA       *   15:01:29
                               AS OF 10-26-2006

   REGNO..: 24707-016 NAME: DOHAWK, DARIUS IAN


   -------------------------CURRENT COMPUTATION NO: 030 -------------------------


   COMPUTATION 030 WAS LAST UPDATED ON 10-19-2006 AT DSC AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 030: 030 010

   DATE COMPUTATION BEGAN..........: 08-23-2006
   TOTAL TERM IN EFFECT............: 3976 DAYS
   TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS      10 MONTHS      19 DAYS
   EARLIEST DATE OF OFFENSE........: 03-22-1986

   TOTAL JAIL CREDIT TIME..........: 0
   TOTAL INOPERATIVE TIME..........: 0
   STATUTORY GOOD TIME RATE........: 10
   TOTAL SGT POSSIBLE..............: 1306
   PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
   STATUTORY RELEASE DATE..........: 12-13-2013  = +-+- 2005 - Add - 8 YRS
   TWO THIRDS DATE.................: N/A
   180 DAY DATE....................: 01-12-2017
   EXPIRATION FULL TERM DATE.......: 07-11-2017  = 12-15-09 - Add - 8 YRS

   PRESUMPTIVE PAROLE DATE.........: 08-23-2007
   NEXT PAROLE HEARING DATE........: UNKNOWN
   TYPE OF HEARING.................: UNKNOWN

   PROJECTED SATISFACTION DATE.....: 08-23-2007
   PROJECTED SATISFACTION METHOD...: PRESUM PAR










   G0002         MORE PAGES TO FOLLOW . . .
```